160 A.3d 791

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald Stuart KAMARER, Petitioner**

**No. 478 MAL 2016**

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

160 A.3d 791

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sheldon Blair CULBREATH, Petitioner**

**No. 452 MAL 2016**

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.